**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                             CASE NO.: 4:08-CV-398-SPM

CARNELL AUSTIN,

      Defendant.

_____

## ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS

THIS CAUSE comes before the Court upon the Government's "Motion to Dismiss Complaint Without Prejudice" (doc. 5). This motion requests the dismissal of the Complaint because the debtor has not yet been located. The motion is *granted*. This case is hereby *dismissed without prejudice*.

DONE AND ORDERED this twenty-third day of April, 2009.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge